# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 8 2021

March 5, 2021

**BY ECF**
Honorable Judge George B. Daniels
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: MAR 0 8 2021

**Re:   United States v. Sandra Maria De Oliveira Lindo**
       **18 Cr. 782 (GBD)**

Dear Judge Daniels:

I write to request permission for Ms. Lindo to travel to Morganton, NC in order to visit her partner's father, who is set to undergo a heart procedure. Ms. Lindo proposes to leave on March 12, 2021 and to return on March 14, 2021.

On October 7, 2020, Ms. Lindo was released on her own recognizance, with travel restricted to SDNY/EDNY/N.D.Ga. and S.D.Ga. We have been in touch with AUSA Stephanie Lake in this case and she has indicated that the Government does not object to this travel request. Ms. Lindo's pretrial officer, Walt Cochran, informs me that Pretrial Services also has no objection to this application to the Court.

If the Court grants this request, Ms. Lindo will provide Officer Cochran with her itinerary and contact information in advance of the trip. Thank you for your consideration of this matter.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735

cc:   AUSA Stephanie Lake