# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 17, 2021

**VIA PACER**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

*[signature]*
George B. Daniels, U.S.D.J.
Dated: MAY 18 2021

Re: **United States v. Sandra Maria De Oliveira Lindo**
    **18 Cr. 782 (GBD)**

Dear Judge Daniels:

I write on consent of the government and Pretrial Services to respectfully request that the Court modify the conditions of Ms. Sandra Lindo's bail to remove the condition of curfew enforced by ankle monitoring.

On October 7, 2020, Magistrate Judge Moses imposed the following bail conditions: a $300,000 personal recognizance bond to be cosigned by two financially responsible persons and secured by her son's home in Pembroke, GA; travel restricted to the Southern and Eastern Districts of New York, and the Northern and Southern Districts of Georgia; surrender of travel documents with no new applications, and curfew enforced by ankle monitoring.

Ms. Lindo has adhered to her bail conditions perfectly. I have spoken with Assistant United States Attorney Stephanie Lake on behalf of the Government, and she does not object to this request. United States Pretrial Officer Walter Cochran also has no objection.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
Tel.: (212) 417-8735

**SO ORDERED:**

_____
**HONORABLE GEORGE B. DANIELS**
**United States District Judge**

cc: Stephanie Lake, Esq., Assistant United States Attorney
   Walter Cochran, Pretrial Services Officer