# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 5 20[21]

June 11, 2021

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: **JUN 1 5 2021**

BY ECF
Honorable Judge George B. Daniels
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Sandra Maria De Oliveira Lindo**
**18 Cr. 782 (GBD)**

Dear Judge Daniels:

I write to request permission for Ms. Lindo to travel to Western North Carolina, where her partner's parents and his sister live. We would like for it to be added as another district she can travel to with permission from pretrial.

On October 7, 2020, Ms. Lindo was released on her own recognizance, with travel restricted to SDNY/EDNY/N.D.Ga. and S.D.Ga. We have been in touch with AUSA Stephanie Lake in this case and she has indicated that the Government does not object to this travel request. Ms. Lindo's pretrial officer, Walt Cochran, informs me that Pretrial Services also has no objection to this application to the Court.

If the Court grants this request, Ms. Lindo will provide Officer Cochran with her itinerary for future trips. Thank you for your consideration of this matter.

Respectfully submitted,
/s/
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735

cc: AUSA Stephanie Lake