UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

SANDRA MARIA DE OLIVEIRA LINDO,

    Defendant.

------------------------------------ x

ORDER

18 Cr. 782-7 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is directed to close the open motion at ECF Nos. 135 and 139 as having been resolved by this Court's order at ECF No. 140.

Dated: October 17, 2022
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE