UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
                                                 :

UNITED STATES OF AMERICA

                                                 :       CONSENT PRELIMINARY ORDER
          - v. -                                                OF FORFEITURE/
                                                 :       MONEY JUDGMENT

SANDRA MARIA DE OLIVEIRA LINDO,
                                                 :       S6 18 Cr. 782 (GBD)

            Defendant.
                                                 :
------------------------------------ x

        WHEREAS, on or about September 29, 2022, SANDRA MARIA DE OLIVEIRA LINDO (the "Defendant"), was charged in a three-count Superseding Information, S6 18 Cr. 782 (GBD) (the "Information"), with operation of an unlicensed money transmitting business, in violation of Title 18, United States Code, Sections 1960(b)(1)(A) and 2 (Counts One through Three);

        WHEREAS, the Information included a forfeiture allegation as to Counts One through Three of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offenses charged in Counts One through Three of the Information, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offenses charged in Counts One through Three of the Information;

        WHEREAS, on or about September 29, 2022, the Defendant pled guilty to Counts One through Three of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One through Three of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code,

Section 982(a)(1), a sum of money equal to $31,234 in United States currency, representing property involved in the offenses charged in Counts One through Three of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $31,234 in United States currency, representing the amount of property involved in the offenses charged in Counts One through Three of the Information; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the property involved in the offenses charged in Counts One through Three of the Information cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Gillian Grossman and Kyle Wirshba, of counsel, and the Defendant, and her counsel, Zawadi S. Baharanyi, Esq., that:

1. As a result of the offenses charged in Counts One through Three of the Information, to which the Defendant pled guilty, a money judgment in the amount of $31,234 in United States currency (the "Money Judgment"), representing the amount of property involved in the offenses charged in Counts One through Three of the Information shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, SANDRA MARIA DE OLIVEIRA LINDO, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals

Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____      _____
GILLIAN GROSSMAN      DATE
KYLE WIRSHBA
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
(212) 637- 2188 / 2493

SANDRA MARIA DE OLIVEIRA LINDO

By: _____      01.25.2023
SANDRA MARIA DE OLIVEIRA LINDO      DATE

By: _____      1/25/23
ZAWADI S. BAHARANYI, ESQ.      DATE
Attorney for Defendant
Federal Defenders of New York
52 Duane Street, 10th Fl.
New York, NY 10007

SO ORDERED:

_____      JAN 25 2023
George B. Daniels

HONORABLE GEORGE B. DANIELS                    DATE
UNITED STATES DISTRICT JUDGE