UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

SANDRA MARIA DE OLIVEIRA LINDO,

                        Defendant.
------------------------------------- x

ORDER

18 Cr. 782-7 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's motion for a nine-month extension of her surrender date from June 1, 2023 to March 1, 2024 is DENIED.

Defendant's surrender date is extended to on or before 2:00 p.m. on September 1, 2023, in order for Defendant to receive surgery on her right ankle.

The Clerk of Court is directed to close the open motion at ECF No. 212 accordingly.

Dated: May 30, 2023
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge