# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 20, 2023

**VIA ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Sandra Maria de Oliveira Lindo**
    **18 Cr. 782 (GBD)**

Dear Judge Daniels:

I write to request that Your Honor order the United States Pretrial Services Office to release Ms. Lindo's passport to the custody of her partner Mark Webb. Ms. Lindo's passport was surrendered to Pretrial Services during the pendency of her criminal case. On September 1, 2023, Ms. Lindo surrendered to the custody of the Bureau of Prisons to begin her 15 month sentence. Pretrial Services has informed my office that they can only release Ms. Lindo's passport pursuant to a Court order. We thus respectfully request that the Court order the release of her passport.

Respectfully submitted,

/s/ Zawadi Baharanyi
Zawadi Baharanyi, Esq.
Assistant Federal Defender
Tel.: (212) 417-8735

SO ORDERED: **SEP 2 5 2023**

*George B. Daniels*
HONORABLE GEORGE B. DANIELS
United States District Judge